Elijah Dominguez
23902-511
PO Box 989

United States District Court
Boston

Elijah Dominguez
Plaintiff
v
Suave Brown
FCI Devens Hospital
Mak Ju-Ford

Case #

Complaint

This is complaint against Suave Brown who assault Elijah Dominguez on or about Nov 1st 2025 when Suave Brown cause sever injury to Elijah Dominguez face after assaulting him over not getting an extra dinner tray a punch Mr Dominguez in the face causing a laceration to the right side of the face of Elijah Dominguez causing him to bleed in which ma/ju-ford spray OC spray in the victim eyes and continued the victimization of Elijah Dominguez putting him in the hole for 2 weeks and was innocent of fighting is Elijah Dominguez did not throw a punch and suing All Defendant in Offical and indivual capacity for injury to the victim Elijah Dominguez Suing for $250,000 and pain and suffering and injunction Relief from Suave Brown and swear all is true and correct to the best of my knowledge under penalty of perjury
Elijah Dominguez